**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01588-CV

### ALLIED BUILDERS, Appellant

### V.

### PAVE MASTERS, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05975**

## ORDER

Before the Court is the January 22, 2015 motion of Gina Udall, acting Official Court Reporter for the 44th Judicial District Court of Dallas County, Texas, requesting an extension of time to file the reporter's record. On January 22, 2015, the Court sent a letter to appellant informing it that it can appear before this Court only through a licensed attorney and instructed it to provide this Court with the name, address, and State Bar number of the attorney representing it. The Court also questioned its jurisdiction over this appeal and requested that its attorney file a letter brief addressing the jurisdictional issue.

Accordingly, we **GRANT** Gina Udall's motion **TO THE EXTENT** that the deadline to file the reporter's record is **SUSPENDED** pending resolution of the matters addressed in this Court's January 22, 2015 letter. If appellant hires an attorney to represent it and the Court

determines that it has jurisdiction over the appeal, the Court will set a new deadline for the reporter's record.

/s/     ELIZABETH LANG-MIERS
          JUSTICE